## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, ) ) ) ) Plaintiff, ) ) v. ) ) CRYSTAL PHARMACEUTICAL ) (SUZHOU) CO., LTD., ) ) Defendant. ) ) | C.A. No. _____ |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff hereby provides the information below with respect to the deadlines set forth in 21 U.S.C. § 355(j):

| | |
|---|---|
| Date Patentee(s) Received Notice: | No Earlier than August 13, 2021 |
| Date of Expiration of the Patents-In-Suit: | August 22, 2033 (9,517,226 and 9,937,143) |
| Regulatory Stay Deadline: | No Earlier than July 7, 2023 (8 years from date of NDA approval, per 21 U.S.C. § 355(j)(5)(F)(ii) and 21 U.S.C. § 355a(b)(1)(A)(i)(I), pursuant to Novartis's filing against the above-mentioned defendant of earlier related litigation, as listed in the civil cover sheet filed contemporaneously herewith) |

2

Dated:  September 24, 2021

OF COUNSEL:

Nicholas N. Kallas
Christina Schwarz
Christopher E. Loh
Susanne L. Flanders
Jared L. Stringham
Shannon K. Clark
Laura K. Fishwick
Gregory J. Manas
VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100
*nkallas@venable.com*
*cschwarz@venable.com*
*cloh@venable.com*
*slflanders@venable.com*
*jlstringham@venable.com*
*skclark@venable.com*
*lfishwick@venable.com*
*gjmanas@venable.com*

MCCARTER & ENGLISH, LLP

By: /s/ *Daniel M. Silver*
   Daniel M. Silver (#4758)
   Alexandra M. Joyce (#6423)
   Renaissance Centre
   405 N. King Street, 8th Floor
   Wilmington, Delaware 19801
   (302) 984-6300
   *dsilver@mccarter.com*
   *ajoyce@mccarter.com*

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*