# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-md-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD.,<br>    Defendant. | C.A. No. 21-1347-RGA<br>C.A. No. 21-1797-RGA<br><br>▮<br><br>Public Version Filed: July 14, 2022 |

### DECLARATION OF ELIZABETH M. CROMPTON IN SUPPORT OF DEFENDANT CRYSTAL'S RESPONSIVE BRIEF OPPOSING NOVARTIS'S MOTION TO DISMISS CIVIL ACTION NOS. 21-1347 AND 21-1797 AND THEIR ASSOCIATED COUNTERCLAIMS

I, Elizabeth M. Crompton, declare and state as follows:

I am an attorney at law admitted *pro hac vice* to practice before this Court and a lawyer at the firm Parker Poe Adams & Bernstein, LLP, attorneys for Defendant Crystal Pharmaceutical (Suzhou) Co., Ltd. in the above-captioned matter. I submit this Declaration in support of Defendant Crystal's Responsive Brief Opposing Novartis's Motion To Dismiss Civil Action Nos. 21-1347 And 21-1797 and Their Associated Counterclaims. I have personal knowledge of the facts stated herein and, if called to testify, could and would competently testify hereto.

1.  Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the transcript of the scheduling conference held Thursday, April 21, 2022, at 3:00 pm, in 20-md-2930 and related actions, before Hon. Richard G. Andrews, U.S.D.C.J.

2.  Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the cover letter submitted with Crystal's ANDA amendment dated May 4, 2022, and produced in 20-md-2930 on May 17, 2022.

3.  Attached hereto as Exhibit 3 is a true and correct copy of the Patent and Exclusivity Information for NDA N207620, associated with Entresto Tablets from FDA's electronic Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations, as accessed on June 28, 2022.

4.  Attached hereto as Exhibit 4 is a true and correct copy of Crystal's Paragraph IV certification with regard to U.S. Patent Nos. 9,517,226 and 9,937,143.

5.  Attached hereto as Exhibit 5 is a true and correct copy of Crystal's Paragraph IV certification with regard to U.S. Patent No. 11,135,192.

6.  Attached hereto as Exhibit 6 is a true and correct copy of the proposed labeling for Crystal's ANDA products ████████████████████████████ ████████████████, with added highlighting of relevant portions.

7.  Attached hereto as Exhibit 7 is a true and correct copy of the side-by-side format proposed labeling for Crystal's ANDA products ████████████████████████████ ████████████████████████ with added highlighting of relevant portions.

8.  Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the Paragraph IV Patent Certification Notice for U.S. Patent Nos. 9,517,226 and 9,937,143 and Offer of

2

Confidential Access, dated August 13, 2021, and sent to Novartis, with added highlighting of relevant portions.

9. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the Paragraph IV Patent Certification Notice for U.S. Patent No. 11,135,192 and Offer of Confidential Access, dated November 10, 2021, and sent to Novartis, with added highlighting of relevant portions.

10. Attached hereto as Exhibit 10 is a true and correct copy of an email chain between counsel for Novartis and counsel for Crystal, dating May 31, 2022, to June 10, 2022.

11. Attached hereto as Exhibit 11 is a true and correct copy of U.S. Patent No. 9,517,226.

12. Attached hereto as Exhibit 12 is a true and correct copy of U.S. Patent No. 9,937,143.

13. Attached hereto as Exhibit 13 is a true and correct copy of U.S. Patent No. 11,135,192.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of June, 2022.

_____
Elizabeth M. Crompton